1   NEIL R. O'HANLON, CA Bar No. 67018
    HOGAN LOVELLS US LLP
2   1999 Avenue of the Stars, Suite 1400
    Los Angeles, CA  90067
3   Tel. (310) 785-4600
    Fax (310) 785-4601
4   E-mail:  neil.ohanlon@hoganlovells.com

5   Attorneys for Plaintiff Provident Funding
    Associates, L.P.

6

7   RON KILGARD, AZ Bar No. 005902
    *Admitted pro hac vice*
8   ERIC FIERRO, AZ Bar No. 26719
    *Admitted pro hac vice*
9   KELLER ROHRBACK, P.L.C.
    3101 North Central Avenue, Suite 1400
10  Phoenix, AZ  85012-2643
    Tel. (602) 248-0088
11  Email:   rkilgard@krplc.com
             efierro@krplc.com
12
    Attorneys for Defendant The Lending Company, Inc.
13
    JOSEPH J. TABACCO, JR., CA Bar No. 75484
14  NICOLE LAVALLEE, CA Bar No. 165755
    ANTHONY PHILLIPS, CA Bar No. 259688
15  BERMAN DeVALERIO
    One California Street, Suite 900
16  San Francisco , CA  94111
    Tel. (415) 433-3200
17  Email:   jtabacco@bermandevalerio.com
             nlavallee@bermandevalerio.com
18           aphillips@bermandevalerio.com

19  Local Attorneys for Defendant The Lending Company, Inc.

20              UNITED STATES DISTRICT COURT

21        FOR THE NORTHERN DISTRICT OF CALIFORNIA

22  PROVIDENT FUNDING              )   Case No. CV 09-01726 SC
    ASSOCIATES, L.P.,              )
23                                 )   **STIPULATION OF DISMISSAL**
                                   )   **WITH PREJUDICE**
                 Plaintiff,        )
24                                 )   JUDGE:      Hon. Samuel Conti
         vs.                       )
25                                 )   Pretrial:   December 3, 2010
    THE LENDING COMPANY, INC.,     )   Trial:      December 6, 2010
26  and Does 1 through 20,         )
                                   )
27               Defendants.       )
                                   )
28  _____ )

1       IT IS HEREBY STIPULATED by and between the parties to this action

2   through their respective counsel of record that this action be and hereby is dismissed

3   with prejudice pursuant to FRCP 41(a)(1)(A).

4

5   DATED:  October 14, 2010        HOGAN LOVELLS US LLP

6

7                       By:  /S/ - Neil R. O'Hanlon
                            Neil R. O'Hanlon

8                       Attorneys for Plaintiff

9                       Provident Funding Associates, L.P.

10

11  DATED:  October 14, 2010        KELLER ROHRBACK, P.L.C.

12

13                      By:  /S/ - Eric Fierro
                            Eric Fierro

14

15                      Attorneys for Defendant
                    The Lending Company, Inc.

16

17

18

19

20

21

22  Dated:_____

         October 15, 2010

23                                  Honorable Samuel Conti

24

25

26

27

28